FILED
MAY 19 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EUGENE CIOE (2),<br><br>  Defendant. | Case No. 15CR0195-002-JM<br><br>ORDER OF RESTITUTION |

IT IS HEREBY ORDERED:

1. Defendant EUGENE CIOE shall pay restitution in the amount of **$4,764** by bank or cashier's check or money order to the United States Treasury, payable through the "Clerk, U.S. District Court," at the following address:

   NAVFAC SW
   Attn: Roselle Potes, WCF Accounts Payable
   1220 Pacific Highway
   San Diego, CA 92132

2. Payment of restitution shall be forthwith. The defendant shall pay the restitution during his supervised release at the rate of $500 per month, subject to modification only upon further agreement of the parties or court order.

3. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment.

4. This restitution judgment, payment provisions and collection actions are intended to and will survive defendant, notwithstanding the abatement of any underlying criminal conviction.

5. Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

IT IS SO ORDERED.

DATED: May 19, 2017

HON. JEFFREY T. MILLER
United States District Court